No. 90–1432. CLARKE, WARDEN v. ROSS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded with directions to dismiss. *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. 90–1569. FLEMING LANDFILL, INC., ET AL. v. GARNES ET UX. Sup. Ct. App. W. Va. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip*, 499 U. S. 1 (1991).

No. 90–1597. NATIONAL PRIVATE TRUCK COUNCIL, INC., ET AL. v. OKLAHOMA TAX COMMISSION ET AL. Sup. Ct. Okla. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dennis* v. *Higgins*, 498 U. S. 439 (1991).

No. 90–1625. NORTHWEST SAVINGS BANK, PaSA, ET AL. v. WELCH ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *James B. Beam Distilling Co.* v. *Georgia, ante*, p. 529, and *Lampf, Pleva, Lipkind, Prupis & Petigrow* v. *Gilbertson, ante*, p. 350.

No. 90–1685. HARPER ET AL. v. VIRGINIA DEPARTMENT OF TAXATION; and
No. 90–1772. LEWY ET AL. v. VIRGINIA DEPARTMENT OF TAXATION. Sup. Ct. Va. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *James B. Beam Distilling Co.* v. *Georgia, ante*, p. 529.

No. 90–7713. GARCIA v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Braxton* v. *United States*, 500 U. S. 344 (1991).

No. — – ——. COOK ET AL. v. CENTEL CABLE TELEVISION COMPANY OF OHIO, INC., ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.